

# Fourth Court of Appeals
## San Antonio, Texas

Monday, March 16, 2015

No. 04-14-00783-CR

Joseph Thomas **GABAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5442
Honorable N. Keith Williams, Judge Presiding

## O R D E R

By order dated February 3, 2015, this appeal was abated to the trial court for the entry of a written order containing findings of fact and conclusions of law in compliance with TEX. CODE CRIM. PROC. ANN. art. 38.22, §6.

On March 2, 2015, appellant filed a motion to withdraw this court's order abating the appeal and a motion to dismiss the appeal for lack of jurisdiction. On March 5, 2015, appellant filed a motion to withdraw the motion appellant filed on March 2, 2015. The motion filed on March 5, 2015 is GRANTED, and the motion filed on March 2, 2015 is MOOT.

On March 16, 2015, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed in this court no later than April 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court